IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINA APICELLI        :
                          :
        v.                :        NO.  11-CV-3143
                          :
NCO FINANCIAL SYSTEMS, INC. :
                          :

JUDGMENT

FILED
JUL 2 1 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE BAYLSON, J.

        AND NOW, to wit, this 21st day of July, 2011,
It is ORDERED in accordance with NCO FINANCIAL SYSTEMS, INC'S offer
of judgment and Plaintiffs acceptance pursuant to F.R.C.P. 68,
judgment is entered in favor of Plaintiff and against NCO
FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with
interest and costs.

                        BY THE COURT:



                        ATTEST:


                        /s/ Richard Sabal
                        Deputy Clerk


judg